UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| THE NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND and THE NATIONAL RIFLE ASSOCIATION OF AMERICA,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>Defendant. | Case No. 1:22-cv-01017 |

**JOINT STATUS REPORT**

The parties, by and through their counsel and pursuant to the Standing Order (ECF 15) issued by the Court on May 23, 2022, respectfully submit the following Joint Status Report:

On April 12, 2022, Plaintiffs the National Rifle Association of America Political Victory Fund and the National Rifle Association of America commenced this action alleging that the Federal Election Commission violated the Freedom of Information Act, 5 U.S.C. § 552. (ECF 1). The Commission timely responded to the Complaint on May 18, 2022, by filing its Answer and Affirmative Defenses. (ECF 14).

On May 23, 2022, the Court entered its Standing Order Governing Civil Cases. (ECF 15). While the Standing Order provides that a separate order will issue in cases exempt from LCvR 16.3, *see* ECF 15 ¶8.b, and this FOIA action is exempt from the case planning conference requirements of LCvR 16.3, Fed. R. Civ. P. 16(b), and Fed. R. Civ. P. 26(f), *see* LCvR 16.3(b)(10), the parties did briefly meet and confer as to case management issues on June 16, 2022.

During that meet and confer, the parties agreed that their case management discussions would benefit from issuance of a separate order specific to FOIA actions. *See e.g., Magassa v Transp'n Security Auth'y*, D.D.C. Case No. 1:19-cv-01953-EGS (Minute Order entered on 10/02/2019 directing the parties to meet and confer regarding case management issues specific to FOIA actions, and to submit a corresponding joint status report). The structure of such an order would assist the parties' case management discussions. The parties likewise agreed during their meet and confer that they would comply with any such order within 14 days of its issuance.

Dated: June 17, 2022                                    Respectfully submitted,

| /s/ Robert L. Avers | Lisa J. Stevenson (D.C. Bar No. 457628) |
|---|---|
| Robert L. Avers (Bar ID: MI0083) | Acting General Counsel |
| Dickinson Wright PLLC | lstevenson@fec.gov |
| 350 S. Main Street, Ste 300 | |
| Ann Arbor, MI 48104 | Kevin Deeley |
| ravers@dickinsonwright.com | Associate General Counsel |
| (734) 623-1672 | kdeeley@fec.gov |
| | |
| | Harry J. Summers |
| Charles R. Spies (DC Bar No. 989020) | Assistant General Counsel |
| Katherine N. Reynolds (DC Bar No. 1658979) | hsummers@fec.gov |
| Dickinson Wright PLLC | |
| 1825 Eye Street, NW, Ste 900 | /s/ Greg J. Mueller |
| Washington, DC 20006 | Greg J. Mueller (D.C. Bar. No. 462840) |
| cspies@dickinsonwright.com | Attorney |
| kreynolds@dickinsonwright.com | gmueller@fec.gov |
| (202) 466-5964 | 1010 First Street, NE |
| | Washington, DC 20463 |
| Rock A. Wood* | (202) 694-1650 |
| Dickinson Wright PLLC | |
| 200 Ottawa Ave., N.W., Ste 1000 | *Attorneys for Defendant Federal Election Commission* |
| Grand Rapids, MI 49503 | |
| (616)336-1055 | |
| rwood@dickinsonwright.com | |
| | |
| *Attorneys for Plaintiffs* | |
| | |
| *Admitted Pro Hac Vice | |

## CERTIFICATE OF SERVICE

    I hereby certify that on June 17, 2022, I caused a true and correct copy of the foregoing document to be served upon all counsel of record registered with the Court's ECF system, by electronic service via the Court's ECF transmission facilities.

/s/ Robert L. Avers
Robert L. Avers (Bar ID: MI0083)
Dickinson Wright PLLC
