# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>FEDERAL ELECTION COMMISSION,<br><br>　　　　Defendant. | Civ. No. 22-1017<br><br>JOINT STATUS REPORT |

## JOINT STATUS REPORT

Pursuant to this Court's Minute Order dated December 12, 2022, the parties file this joint status report. This is an action brought under the Freedom of Information Act ("FOIA") seeking, among other information, records related to administrative matters before the Federal Election Commission ("FEC"). The FEC has produced some records and withheld material pursuant to certain FOIA Exemptions.

The remaining portion of this case involves approximately 3,100 email files, estimated to be approximately 30,000 pages of material, with FOIA Exemption 5 at issue. The parties disagree as to the level of specificity required to invoke the privilege(s) that underlie FOIA Exemption 5.

On February 24, 2023, the FEC provided the plaintiffs with the information described in the status report filed on February 13, 2023 (Docket No. 26), specifically an index of a sample of withheld items to assist Plaintiffs in evaluating the FEC's exemption claims. The parties will continue conferring and working on narrowing areas of disagreement to facilitate a resolution of

this case, and will provide the Court with a further joint status report on March 14, 2023. (*See* Minute Order of December 12, 2022).

Respectfully submitted,

| *Counsel for Plaintiffs* | *Counsel for Defendant* |
|---|---|
| Counsel for Plaintiffs<br>Charles R. Spies<br>DC Bar No. 989020<br>Rock A. Wood*<br>Dickinson Wright PLLC<br>1825 Eye Street, NW, Ste 900<br>Washington, DC 20006<br>cspies@dickinsonwright.com<br>rwood@dickinsonwright.com<br>(202) 466-5964 | Lisa J. Stevenson (D.C. Bar No. 457628)<br>Acting General Counsel<br>lstevenson@fec.gov<br><br>Kevin Deeley<br>Associate General Counsel<br>kdeeley@fec.gov<br><br>Harry J. Summers<br>Assistant General Counsel<br>hsummers@fec.gov |
| /s/ Robert L. Avers<br>Robert L. Avers, Bar ID: MI0083<br>350 S. Main Street, Ste 300<br>Ann Arbor, MI 48104<br>(734) 623-1672<br>ravers@dickinsonwright.com<br><br>*Attorneys for Plaintiffs*<br><br>*Admitted Pro Hac Vice | /s/ *Greg J. Mueller*<br>Greg J. Mueller (D.C. Bar. No. 462840)<br>Attorney<br>gmueller@fec.gov<br><br>COUNSEL FOR DEFENDANT<br>FEDERAL ELECTION COMMISSION<br>1050 First Street, NE<br>Washington, DC 20463<br>(202) 694-1650<br><br>February 27, 2023 |