UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA POLITICAL VICTORY FUND, *et al.*, | ) ) ) ) ) | Civ. No. 22-1017 |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| FEDERAL ELECTION COMMISSION, | ) ) | JOINT STATUS REPORT |
| Defendant. | ) ) |  |

**JOINT STATUS REPORT**

Pursuant to this Court's Minute Order dated December 12, 2022, the parties file this joint status report. This is an action brought under the Freedom of Information Act ("FOIA") seeking, among other information, records related to administrative matters before the Federal Election Commission ("FEC"). The FEC has produced some records and withheld material pursuant to certain FOIA Exemptions.

The remaining portion of this case involves approximately 3,100 email files, estimated to be approximately 30,000 pages of material, with FOIA Exemption 5 at issue. The parties disagree as to the level of specificity required to invoke the privilege(s) that underlie FOIA Exemption 5.

On February 24, 2023, the FEC provided the plaintiffs with the information described in the status report filed on February 13, 2023 (Docket No. 26), specifically an index of a sample of withheld items to assist Plaintiffs in evaluating the FEC's exemption claims. Plaintiffs are in the process of evaluating the above-referenced index, and the parties will continue conferring and working on narrowing areas of disagreement to facilitate a resolution of this case.

Pursuant to the Minute Order of December 12, 2022, the parties will provide the Court with a further joint status report on April 13, 2023.  (*See* Minute Order of December 12, 2022).

Respectfully submitted,

| <u>Counsel for Plaintiffs</u> | <u>Counsel for Defendant</u> |
|---|---|
| Counsel for Plaintiffs | Lisa J. Stevenson (D.C. Bar No. 457628) |
| Charles R. Spies | Acting General Counsel |
| DC Bar No. 989020 | lstevenson@fec.gov |
| Rock A. Wood* | |
| Dickinson Wright PLLC | Kevin Deeley |
| 1825 Eye Street, NW, Ste 900 | Associate General Counsel |
| Washington, DC 20006 | kdeeley@fec.gov |
| cspies@dickinsonwright.com | |
| rwood@dickinsonwright.com | Harry J. Summers |
| (202) 466-5964 | Assistant General Counsel |
| | hsummers@fec.gov |
| /s/ Robert L. Avers | |
| Robert L. Avers, Bar ID: MI0083 | /s/ *Greg J. Mueller* |
| 350 S. Main Street, Ste 300 | Greg J. Mueller (D.C. Bar. No. 462840) |
| Ann Arbor, MI 48104 | Attorney |
| (734) 623-1672 | gmueller@fec.gov |
| ravers@dickinsonwright.com | |
| | COUNSEL FOR DEFENDANT |
| *Attorneys for Plaintiffs* | FEDERAL ELECTION COMMISSION |
| | 1050 First Street, NE |
| *Admitted Pro Hac Vice | Washington, DC 20463 |
| | (202) 694-1650 |
| | |
| | March 14, 2023 |